Corey Eschweiler, Nevada State Bar No. 6635
Adam Smith, Nevada State Bar No. 9690
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
E-mail: ceschweiler@glenlerner.com
          asmith@glenlerner.com

Attorneys for Plaintiff Tara Ann Sherwin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN,<br><br>         Plaintiff,<br><br>v.<br><br>INFINITY AUTO INSURANCE COMPANY, DOES I- X, and ROE CORPORATIONS I - X, inclusive,<br><br>         Defendant. | CASE NO. 2:11-CV-00043<br><br>**SUPPLEMENTAL OPPOSITION TO DEFENDANT INFINITY AUTO INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56** |

As identified in footnote 1 to Plaintiff Tara Sherwin's ("Tara") Opposition to Defendant Infinity Auto Insurance Company's Motion for Partial Summary Judgment Pursuant to FRCP 56, attached hereto as Exhibit 1 is a true and correct copy of the expert report of Jeffrey Stempel, further supporting Tara's allegations of bad faith.

GLEN J. LERNER & ASSOCIATES


By: /s/ Adam D. Smith
     Corey M. Eschweiler, Esq.
     Nevada Bar No. 6635
     Adam Smith, Esq.
     Nevada Bar No. 9690
     GLEN J. LERNER & ASSOCIATES
     4795 South Durango Drive
     Las Vegas, Nevada 89147

Attorneys for Tara Ann Sherwin

1