MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
TERRY KINNALLY, ESQ.
Nevada Bar No. 006379
MILLS & ASSOCIATES
3650 N. Rancho Drive, Ste. 114
Las Vegas, Nevada 89130
(702) 240-6060 Telephone
(702) 240-4267 Facsimile

*Attorneys for Defendant*
*INFINITYAUTO INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN,<br><br>    Plaintiff,<br><br>vs.<br><br>INFINITY AUTO INSURANCE COMPANY, DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00043-JCM-LRL |

**NOTICE OF WITHDRAWAL OF MOTION TO EXTEND DISCOVERY DEADLINES**

COMES NOW Defendant INFINITY AUTO INSURANCE COMPANY, by and through its attorneys Michael C. Mills, Esq. and Terry Kinnally, Esq. of the law firm of Mills & Associates, and hereby withdraws its Motion to Extend Discovery Deadlines (First Request) filed on June 29, 2011, Docket Number [27].

Dated this 11th day of July 2011.

MILLS & ASSOCIATES

*/s/ Michael C. Mills*
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
TERRY KINNALLY, ESQ.
Nevada Bar No. 006379
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
*Attorneys for Defendant*
*INFINITY AUTO INSURANCE COMPANY*

IT IS SO ORDERED,

*/s/ signature*

UNITED STATES MAGISTRATE JUDGE
DATED:   7-11-11