# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN,<br><br>        Plaintiff,<br><br>v.<br><br>INFINITY AUTO INSURANCE COMPANY, et al.,<br><br>        Defendants. | 2:11-CV-43 JCM (LRL) |

## ORDER

Presently before the court is defendant Infinity Insurance Company's motion in limine to prohibit the introduction of postlitigation conduct by attorney as evidence in support of claim. (Doc. #46). Plaintiff Tara Ann Sherwin opposed the motion (doc. #54), and Infinity filed a reply (doc. #58).

Currently, there is no trial date for this matter. The parties have recently stipulated to extend the deadline to file a joint pretrial order to March 13, 2012. Accordingly, the trial for this matter is likely at least six months away. Without an approaching trial date or the close of discovery, the court is not prepared to rule on the merits of defendant's motion. Defendant may renew this motion at a more appropriate time.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Infinity Auto
2  Insurance Company's motion in limine (doc. #46) be, and the same hereby is, DENIED without
3  prejudice.
4   DATED October 17, 2011.

_____
**UNITED STATES DISTRICT JUDGE**