MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
H. BRANDY LAMBERT, ESQ.
Nevada Bar No. 010898
MILLS & ASSOCIATES
3650 N. Rancho Drive, Ste. 114
Las Vegas, Nevada 89130
(702) 240-6060 Telephone
(702) 240-4267 Facsimile

*Attorneys for Defendant*
INFINITY AUTO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INFINITY AUTO INSURANCE COMPANY, DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-00043-JCM-LRL |

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN
AND SCHEDULING ORDER
(Fourth Requested Modification)**

Plaintiff TARA SHERWIN and Defendant INFINITY AUTO INSURANCE COMPANY, by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

　　　1.　　Plaintiff filed her Complaint and Demand for Jury Trial on August 13, 2010 in the Eighth Judicial District Court and Defendant INFINITY AUTO INSURANCE COMPANY filed its answer on .September 13, 2010. This case was removed to the United States District Court on January 10, 2011. Plaintiff Amended her Complaint to properly name Defendant on May 17, 2011 and Defendant's Answer to Amended Complaint was filed on May 20, 2011.

2.   The parties held their F.R.C.P. 26 conference on February 15, 2011 and filed their Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested Pursuant to LR 26-1(e)) on March 2, 2011. In this original plan, the parties agreed to the following dates:

| | |
|---|---|
| Last day of discovery: | August 15, 2011 |
| Last day to amend/add: | May 16, 2011 |
| Initial Expert Disclosure: | June 15, 2011 |
| Rebuttal Expert Disclosure: | July 15, 2011 |
| Dispositive Motions filed: | September 13, 2011 |
| Joint Pre-Trial Order: | September 13, 2011 |

This initial discovery plan was signed by United States Magistrate Judge Lawrence R. Leavitt on March 10, 2011.

The parties stipulated to extend the discovery plan and scheduling order and on July 29, 2011 the Court ordered the following deadlines:

| | |
|---|---|
| Discovery Cut Off | October 14, 2011 |
| Join Pre-Trial Order | November 14, 2011 |

Defendant filed a Motion to Extend Discovery Deadlines in order to take the remaining depositions on September 20, 2011. The Court granted Defendant's Motion on September 28, 2011 and ordered the following deadlines:

| | |
|---|---|
| Discovery Cut Off | January 12, 2012 |
| Dispositive Motions Due | February 13, 2012 |
| Proposed Joint Pretrial Order Due | March 13, 2012 |

The parties stipulated to extend the discovery plan and scheduling order on December 8, 2011 and the Court ordered the following deadlines:

| | |
|---|---|
| Primary Expert Disclosure Date: | Closed |

| | | |
|---|---|---|
| 1 | Rebuttal Expert Disclosure Due: | January 17, 2012 |
| 2 | Last Day to Request Extension of Deadlines: | February 23, 2012 |
| 3 | Discovery Cutoff: | March 12, 2012 |
| 4 | Dispositive Motions Due: | April 13, 2012 |
| 5 | Joint Pre-Trial Order Due: | May 14, 2012 |

3. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

   (a)  **Discovery Completed:**

**DEFENDANT:**

| DOCUMENT | DATE |
|---|---|
| Initial Disclosure of Documents and Witnesses | March 1, 2011. |
| First Supplemental Disclosure | March 18, 2011 |
| Response to Plaintiff's First Request for Admissions | April 14, 2011 |
| Second Supplemental Disclosure | April 19, 2011 |
| Response to Plaintiff's First Request for Production | April 22, 2011 |
| Third Supplemental Disclosure | April 26, 2011 |
| Response to Plaintiff's First Set of Interrogatories | May 6, 2011 |
| Fourth Supplemental Disclosure | May 23, 2011 |
| Fifth Supplemental Disclosure | June 13, 2011 |
| Initial Expert Disclosure | June 14, 2011 |
| Sixth Supplemental Disclosure | June 15, 2011 |
| Seventh Supplemental Disclosure | July 12, 2011 |
| Eighth Supplemental Disclosure | July 15, 2011 |
| Rebuttal Expert Disclosure | July 15, 2011 |
| Depo of Tara Sherwin | July 20, 2011 |
| Deposition of Benjamin Lund, Esq. | August 4, 2011 |
| Ninth Supplemental Disclosure | August 5, 2011 |

| # | Document | Date |
|---|---|---|
| 1 | Deposition of Andrew Cash, M.D. | August 10, 2011 |
| 2 | Deposition of Angela Stabile | August 11, 2011 |
| 3 | Response to Defendant's Second Request to Admit | August 15, 2011 |
| 4 | Tenth Supplemental Disclosure | August 15, 2011 |
| 5 | Deposition of Ken Lamprecht | August 16, 2011 |
| 6 | Eleventh Supplemental Disclosure | August 16, 2011 |
| 7 | Deposition of Deanmartin Magana | August 31, 2011 |
| 8 | Twelfth Supplemental Disclosure | September 21, 2011 |
| 9 | Deposition of Anthony Cardella | October 10, 2011 |
| 10 | Thirteenth Supplemental Disclosure | October 14, 2011 |
| 11 | Deposition of Biko Beautah | October 24, 2011 |
| 12 | Fourteenth Supplemental Disclosure | December 8, 2011 |
| 13 | Fifteenth Supplemental Disclosure | January 17, 2012 |
| 14 | Sixteenth Supplemental Disclosure | January 24, 2012 |
| 15 | Seventeenth Supplemental Disclosure | January 30, 2012 |
| 16 | Eighteenth Supplemental Disclosure | February 3, 2012 |
| 17 | Nineteenth Supplemental Disclosure | February 7, 2012 |
| 18 | Twentieth Supplemental Disclosure | February 20, 2012 |
| 19 | Deposition of Jeffrey Stempel | February 21, 2012 |
| 20 | Twenty First Supplemental Disclosure: | February 24. 2012 |

**PLAINTIFF:**

| DOCUMENT | DATE |
|---|---|
| Initial Disclosure of Documents and List of Witnesses | March 3, 2011 |
| Plaintiff's requested authorizations provided: | March 2, 2011 |
| Response to Defendant's First Request for Admissions | May 5, 2011 |
| Response to Defendant's First Request for Production | May 5, 2011 |
| Answers to Defendant's First Set of Interrogatories | May 5, 2011 |

| | | |
|---|---|---|
| 1 | First Supplemental Disclosure | May 25, 2011. |
| 2 | Initial Expert Disclosure | June 8, 2011 |
| 3 | Responses to Defendant's Second Production Request | June 27, 2011 |
| 4 | Supplemental Answers to First Set of Interrogatories | June 27, 2011 |
| 5 | Answers to Defendant's Second Set of Interrogatories | June 28, 2011 |
| 6 | Second Supplemental Disclosure | June 28, 2011 |
| 7 | Rebuttal Expert Disclosure | July 13, 2011 |
| 8 | Supplemental Answers to Second Set of Interrogatories | July 19, 2011 |
| 9 | Response to Defendant's Second Request for Admissions | August 10, 2011 |
| 10 | Deposition of Anthony Serfustini, MD | August 15, 2011 |
| 11 | Response to Defendant's Third Request for Admissions | Sept. 21, 2011 |
| 12 | Third Supplemental Disclosure | October 3. 2011 |
| 13 | Response to Defendant's Fourth Request for Admissions | October 27, 2011 |
| 14 | Fourth Supplemental Disclosure | November 29, 2011 |
| 15 | Deposition of Andrew O'Sullivan | February 1, 2012 |
| 16 | Deposition of David Johnson | February 1, 2012 |
| 17 | Deposition of Justin Gaiser | February 13, 2012 |
| 18 | Deposition of Christy Ragland | February 15, 2012 |
| 19 | Deposition of Susan White | February 15, 2012 |
| 20 | Deposition of Alan Hamilton | February 23, 2012 |
| 21 | Deposition of John Weber | February 24, 2012 |

22

23    **(b)    Discovery that remains to be completed:**

24 **DEFENDANT:**

25    Continued Deposition of Justin Gaiser         March 12, 2012

26    Continued Deposition of John Weber           April 5, 2012

27    ///

28    ///

**PLAINTIFF:**

Deposition of Defendant's F.R.C.P. 30(b)(6) designee

Kendra Slagle                                                                           March 9, 2012

(c)     **Reasons why discovery was not completed:**

The parties have completed all discovery except for the continuation of the Deposition of John Weber. The Deposition of John Weber was conducted on February 24, 2012. The Deposition of Mr. Weber commenced at 1:32 p.m. Plaintiff's counsel concluded his questioning of Mr. Weber at 6:22 p.m. Defendant's counsel stated that he had several hours of questioning for Mr. Weber, however due to the lateness of the day, it was agreed that the deposition would be continued to another day to allow for questioning by Defendant's counsel.

The first available date the deponent, Plaintiff's counsel and Defendant's counsel is April 5, 2012. Consequently, the parties request that the Discovery Scheduling Order be modified to allow for the Continued Deposition of John Weber after the Discovery Cutoff. The parties agree that the Continued Deposition of John Weber is the only discovery allowed after Discovery Cutoff and that any party wishing to conduct any other discovery will have to apply to obtain the stipulation of the opposing party or apply to the court for permission to conduct the same.

(d)     **Proposed schedule for completion of remaining depositions:**

The parties propose to take the following deposition after the discovery cut off:

| | |
|---|---|
| Deposition of Kendra Slagle | March 9, 2012 |
| Continuation of the Deposition of Justin Gaiser | March 12, 2012 |
| Continuation of the Deposition of John Weber | April 5, 2012 |

(e)     **Proposed schedule for completion of remaining discovery:**

Primary Expert Disclosure Date:                                              Closed

| | | |
|---|---|---|
| 1 | Rebuttal Expert Disclosure Due: | Closed |
| 2 | Last Day to Request Extension of Deadlines: | Closed |
| 3 | Discovery Cutoff: | March 12, 2012 |
| 4 | Dispositive Motions Due: | April 13, 2012 |
| 5 | Joint Pre-Trial Order Due: | May 14, 2012 |

Dated: March 5, 2012                                   Dated: March 5, 2012

GLEN LERNER & ASSOCIATES.                  MILLS & ASSOCIATES

/s/ Adam Smith, Esq.                                   /s/ Michael C. Mills, Esq.

_____                    _____
COREY M. ESCHWEILER, ESQ.                  MICHAEL C. MILLS, ESQ.
Nevada Bar No. 6635                                    Nevada Bar No. 3534
ADAM D. SMITH, ESQ.                                H. BRANDY LAMBERT, ESQ.
Nevada Bar No. 9690                                    Nevada Bar No. 010898
4795 South Durango Drive                           3650 N. Rancho Drive, #114
Las Vegas, Nevada 89147                           Las Vegas, NV 89130
Attorneys for Plaintiff                                    Attorneys for Defendant

IT IS SO ORDERED this 5th day of March, 2012.

_____
United States Magistrate Judge