MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
ROGER M. SHERMAN, ESQ.
Nevada Bar No. 003154
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
(702) 240-6060 Telephone
(702) 240-4267 Facsimile

*Attorneys for Defendant*
*INFINITYAUTO INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INFINITY AUTO INSURANCE COMPANY, DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-00043-JCM-VCF |

## SUPPLEMENTAL EXHIBITS TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

COMES NOW, Defendant Infinity Auto Insurance Company by and through its counsel of record Michael C. Mills, Esq. of the law firm of Mills and Associates and submits the following exhibits to its Response to Plaintiff's Motion To Strike Defendant's Untimely Disclosures and Request For Hearing.

Exhibit A is the Notice of Continued Videotaped Deposition of Justin Gaiser served on Plaintiff on February 24, 2012 scheduling the Deposition for March 12, 2012.

Exhibit B is the Notice of Continued Videotaped Deposition of John Weber served on Plaintiff on February 29, 2912 scheduling the Deposition for April 5, 2012.

Exhibit C is the Stipulation and Order to Extend Discovery Plan and Scheduling Order (Fourth Requested Modification).

1   Exhibit D is Pages 1 and the last page of the deposition transcript Mr. Gaiser
2 along with the Page denoting the questioning by Plaintiff and Defendant on March 12,
3 2012.
4   Exhibit E is Pages 1 and the last page of the deposition transcript Mr. Weber
5 along with the Page denoting the questioning by Plaintiff and Defendant on April 5,
6 2012.
7   DATED:  24 May 2012

MILLS & ASSOCIATES



MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
(702) 240-6060 Telephone
(702) 240-4267 Facsimile
*Attorneys for Defendant*
*INFINITY AUTO INSURANCE COMPANY*

---

A Notice of Continued Deposition of Justin Gaiser
B Notice of Continued Deposition of John Weber
C Stipulation and Order to Extend Discovery Plan (4th)
D Excerpts of Deposition Transcript of Justin Gaiser
E Excerpts of Deposition Transcript of John Weber