# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TARA ANN SHERWIN, | 2:11-cv -00043- MMD-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| INFINITY AUTO INSURANCE COMPANY, | |
| Defendant. | |

The undersigned held a settlement conference on February 13, 2013. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 14th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE