JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TARA ANN SHERWIN, | ) Case No.: 2:11-CV-00043-JCM-VCF |
| Plaintiff, | ) |
| vs. | ) |
| INFINITY AUTO INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS
(FIRST REQUEST)**

Plaintiff Tara Ann Sherwin's response to Defendant's Motion for Attorney's Fees and Costs (Docket #201) is currently due May 26, 2016.

Plaintiff's counsel had a death in the family and is unable to prepare a Response to Defendant's Motion for Attorney's Fees (Docket #201) by the current due date of May 26, 2016.

This is the first request for extension of time to file a response to Defendant's Motion (Docket #201).

Plaintiff Tara Ann Sherwin, through her counsel of record, Corey M. Eschweiler, Esq., and Adam D. Smith, Esq., of Glen Lerner Injury Attorneys, and Defendant Infinity Auto Insurance Company, through its counsel of record, Michael C. Mills, Esq., of Bauman, Loewe, Witt & Maxwell, stipulate and agree, that:

. . .

. . .

. . .

. . .

. . .

1

Plaintiff Tara Ann Sherwin shall have up to and including June 2, 2016, to file and serve her response to Defendant's Motion for Attorney's Fees and Costs (Docket #201).

Dated this 20th day of May, 2016.                    Dated this 20th day of May, 2016.

GLEN LERNER INJURY ATTORNEYS          BAUMAN, LOEWE, WITT & MAXWELL

 /s/ Adam D. Smith                                    /s/ Michael C. Mills
COREY M. ESCHWEILER, ESQ.              MICHAEL C. MILLS, ESQ.
Nevada Bar No. 6635                          Nevada Bar No. 3534
ADAM D. SMITH, ESQ.                        3650 N. Rancho Drive, Ste. 114
Nevada Bar No. 9690                          Las Vegas, Nevada 89130
4795 South Durango Drive                    Attorneys for Defendant Infinity Auto
Las Vegas, Nevada 89147                     Insurance Company
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED that Plaintiff Tara Ann Sherwin shall have up to and including June 2, 2016, to file and serve her response to Defendant's Motion for Attorney's Fees and Costs (Docket #201).

Dated: May 24, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2